Maximiliano D. Couvillier III, Esq.
Nevada Bar No. 7611
mcouvillier@lionelsawyer.com
LIONEL SAWYER & COLLINS
300 South Fourth Street, Suite 1700
Las Vegas, NV 89101
Telephone: 702-838-8921
Fax: 702-383-8845

Beth P. McLain, Esq.
*Appearing Pro Hac Vice*
California Bar No. 232916
bmclain@snclaw.com
SHEA NERLAND CALNAN LLP
2800, 715-5th Avenue SW
Calgary, AB T2P 2X6
CANADA
Telephone: 403-299-9600
Fax: 403-299-9601

*Attorneys for Defendant BluForest, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANISLAV JOVANOVIC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BLUFOREST, INC,<br><br>　　　　　　Defendant. | Case No.: 2:12-cv-01758-LRH-GWF |

**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE DISCOVERY PLAN**

Plaintiff Branislav Jovanovic (hereinafter "Plaintiff"), by and through his attorney of record, David T. Duncan, Esq. of the law firm of Marquis Aurbach Coffing, and Defendant Bluforest, Inc. (hereinafter "Defendant"), by and through its attorney of record, Beth P. McLain, of the law from of Shea Nerland Calnan LLP, hereby stipulate the following:

00217493 - V1

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1.   The deadline for the Parties to file a Discovery Plan shall be extended from December 21, 2012 to ten (10) days after the resolution of the Defendant's Motion to Dismiss (#7).

DATED this <u>18th</u> day of December, 2012.

| MARQUIS AURBACH COFFING | SHEA NERLAND CLANAN LLP |
|---|---|
| By:   /s/ David T. Duncan, Esq.<br>Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>David T. Duncan, Esq.<br>Nevada Bar No. 9546<br>10001 Park Run Drive<br>Las Vegas, Nevada  89145<br>Attorney for Plaintiff | By:   /s/ Beth P. McLain, Esq.<br>Beth P. McLain, Esq.<br>2800, 715-5th Avenue SW<br>Calgary, AB T2P SX6<br>Canada<br>*Appearing Pro Hac Vice*<br><br>Maximiliano D. Couvillier III, Esq.<br>Nevada Bar No. 7611<br>Lionel Sawyer & Collins<br>300 South Fourth Street, Ste. 1700<br>Las Vegas, NV 89101<br>*Local Counsel*<br><br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED this <u>20</u> day of December, 2012.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

00217493 - V1

2

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888