1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANISLAV JOVANOVIC, | Case No.:  2:12-cv-01758-LRH-GWF |
| Plaintiff, | |
| vs. | |
| BLUFOREST, INC, | |
| Defendant. | |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A STATEMENT OF DEFENSE OR MOTION TO DISMISS**

Plaintiff Branislav Jovanovic (hereinafter "Plaintiff"), by and through his attorney of record, David T. Duncan, Esq. of the law firm of Marquis Aurbach Coffing, and Defendant BluForest, Inc. (hereinafter "Defendant"), by and through its attorney of record, Beth P. McLain, of the law from of Shea Nerland Calnan LLP, hereby stipulate the following:

(

1. The deadline for Defendant to file a statement of defense or motion to dismiss in response to Plaintiff's Complaint (#1) shall be extended from October 30, 2012 to November 6, 2012.

DATED this 18th day of December, 2012.

| MARQUIS AURBACH COFFING | SHEA NERLAND CLANAN LLP |
|---|---|
| By: /s/ David T. Duncan, Esq.<br>Terry A. Coffing, Esq.<br>Nevada Bar No. 4949<br>David T. Duncan, Esq.<br>Nevada Bar No. 9546<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiff | By: /s/ Beth P. McLain, Esq.<br>Beth P. McLain, Esq.<br>2800, 715-5th Avenue SW<br>Calgary, AB T2P SX6<br>Canada<br>*Appearing Pro Hac Vice*<br><br>Maximiliano D. Couvillier III, Esq.<br>Nevada Bar No. 7611<br>Lionel Sawyer & Collins<br>300 South Fourth Street, Ste. 1700<br>Las Vegas, NV 89101<br>*Local Counsel*<br><br>Attorneys for Defendant |

## **ORDER**

IT IS SO ORDERED this 27th day of December, 2012, nunc pro tunc.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE